# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE RESPONSE TO THE COVID- 19 PANDEMIC | **Opinion Delivered:** June 11, 2020 |
| | <u>DISSENTING IN PART</u>. |

**ROBIN F. WYNNE, Associate Justice**

I dissent from today's per curiam opinion to the extent that it allows jury trials to resume beginning July 1, 2020. This is simply too soon in light of the rise in the number of COVID-19 cases in Arkansas in recent days.